UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
5:21-CV-00229-ACC-PRL

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

-against-

QUALTOOL, INC.,

Defendant.

## CONSENT DECREE

This Consent Decree ("Decree") is made and entered into by and between the United States Equal Employment Opportunity Commission ("Commission" or the "EEOC"), and Qualtool, Inc. ("Qualtool") (together referred to as "the Parties").

## INTRODUCTION

1. The EEOC filed this action on April 27, 2021, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct alleged unlawful employment practices on the basis of sex (female), and to provide relief to Claimants Ms. Christina Miller ("Miller") and Ms. Pamela Jackson ("Jackson").

2. The EEOC alleges that Qualtool violated Title VII by subjecting Ms. Miller and Ms. Jackson to discriminatory treatment based on sex because they were not hired or assigned to work the second shift. Qualtool, Inc. has denied any

discrimination against Ms. Miller or Ms. Jackson, and represents that it enters into this Decree solely to resolve this matter and to reaffirm its strong commitment to nondiscriminatory employment practices.

3.  In the interest of resolving this matter, to avoid further costs of litigation, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be finally resolved by entry of this Decree. This Decree is final and binding on the Parties, their successors, and assigns.

4.  No waiver, modification or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties. By mutual agreement of the Parties, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Decree.

5.  If one or more of the provisions are rendered unlawful or unenforceable, the parties shall make good faith efforts to agree upon appropriate amendments to this Decree in order to effectuate the purposes of the Decree. In any event, the remaining provisions will remain in full force and effect.

6.  This Decree fully and finally resolves all claims asserted in the action styled *EEOC v. Qualtool, Inc.* (Case No. 5:21-CV-00229-ACC-PRL) (hereinafter the "Litigation") in the United States District Court, Middle District of Florida, which arose from EEOC Charge Number 510-2018-00564C.

7.  The Effective Date of this Decree is the date on which the Court gives final approval to the Decree by entering it on the Court docket after motion and

hearing, if required.

8.  The Parties acknowledge that this Decree does not resolve any charges of discrimination that may be pending with EEOC against Qualtool. This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges or claims that may be in existence or may later be filed against Qualtool in accordance with standard EEOC procedures.

9.  Nothing in this Decree shall be construed to limit or reduce Qualtool's obligations to comply with the statutes enforced by EEOC: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq., ("Title VII"), Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, as amended, the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§621-633a, the Equal Pay Act ("EPA"), 29 U.S.C. §206(d), and the Genetic Information Nondiscrimination Act of 2008 ("GINA"), 42 U.S.C. § 2000f.

## FINDINGS

10. Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record, and stipulations of the Parties, the Court finds the following:

   a.  This Court has jurisdiction over the subject matter of this action and the Parties;

   b.  This Court will retain jurisdiction for the duration of this Decree;

c. No party shall contest the jurisdiction of this Federal Court to enforce this Decree and its terms or the right of EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Decree;

d. The terms of this Decree are adequate, reasonable, equitable, and just, and the rights of the Parties and the public interest are adequately protected by this Decree; and

e. The terms of this Decree are and shall be binding upon the present and future representatives, agents, directors, officers, successors, and assigns of Qualtool.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

## DURATION OF THE DECREE

11. All provisions of this Decree shall be in effect (and the Court will retain jurisdiction of this matter to enforce this Decree) for a period of five (5) years after the Effective Date, provided, however, that if, at the end of the five (5) year period, any disputes regarding compliance remain unresolved, the term of the Decree shall be automatically extended (and the Court will retain jurisdiction of this matter to enforce the Decree) until such time as all such disputes have been resolved.

## MONETARY RELIEF

12. Within thirty (30) days of the Effective Date, and after receipt of the signed Release from Ms. Miller and Ms. Jackson, attached to this notice as Exhibit B, Qualtool shall pay a total of $50,000 in full and final settlement of the claims raised in

4

this action as follows:

    a.    Ms. Christina Miller — $20,000. Qualtool will pay Ms. Miller $20,000 in compensatory damages, for which an IRS Form 1099 shall issue. The full settlement amount to be paid to Ms. Miller is $20,000 and no other payments to her are required to be made under this Decree.

    b.    Ms. Pamela Jackson — $15,000. Qualtool will pay $15,000 in compensatory damages to Ms. Jackson, for which an IRS Form 1099 shall issue. The full settlement amount to be paid to Ms. Jackson is $15,000 and no other payments to her are required to be made under this Decree.

    c.    These payments are the full and final settlement by Qualtool to Ms. Miller and Ms. Jackson and

    d.    Other monetary relief. Qualtool will make a donation to Community Legal Services of Mid-Florida ("the Nonprofit") in the amount of $15,000 as set forth in paragraph 16, below.

13.    Qualtool will send all checks and documents referenced in the previous paragraph to Ms. Miller and Ms. Jackson at the address identified on their respective signed Release forms.

14.    Copies of the payments and related documents (including 1099 forms and receipt of donation) shall be sent contemporaneously with the payment to the attention of EEOC Regional Attorney Robert Weisberg at mdoconsentdecreecompliance@eeoc.gov.

5

15. If Ms. Miller or Ms. Jackson or the Nonprofit fail to timely receive the payments described above, then Qualtool shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. §6621(b) until the same is paid, and bear any additional costs incurred by the EEOC caused by the non-compliance or delay, including but not limited to any and all costs arising out of EEOC's efforts to enforce this decree in federal court.

## OTHER MONETARY RELIEF

16. In addition to the relief set forth for Claimants in Paragraph 12 (a)-(b) above, within thirty (30) days of the Effective Date of this Consent Decree, Qualtool agrees to make a donation to Community Legal Services of Mid-Florida, a 501(c)(3) nonprofit organization (Federal Tax ID #59-1156260), in the total sum of $15,000. The gift is to be designated, to the extent feasible, to redressing sex discrimination in the workplace.

## GENERAL INJUNCTIVE PROVISIONS

17. Qualtool, and all of its officers, managers, leads, employees, agents, partners, successors, and assigns, shall not discriminate against any person on the basis of sex in the provision of shift or work assignments or in hiring. Qualtool, and all of its officers, managers, leads, employees, agents, partners, successors, and assigns, shall not refuse to consider candidates for employment based on sex, or refuse to consider an employee for any specific work assignment or shift based on sex.

## ANTIDISCRIMINATION POLICY

18. Qualtool must create, disseminate, and implement an anti-discrimination policy ("Policy") consistent with this Decree.

19. The Policy shall be a written policy that makes clear Qualtool's commitment to making employment decisions without regard to sex. As such, the Policy must, at minimum:

   a. Provide that Qualtool will not make employment decisions based on sex, including any decisions pertaining to hiring, or shift or work assignments;

   b. Set forth complaint procedures for making complaints of sex discrimination, and not require that such complaints be made to any individual who engaged in discriminatory behavior;

   c. Provide that employees or applicants who make complaints of sex discrimination will be protected from retaliation;

   d. Provide that Qualtool will protect confidentiality of complainants and will promptly investigate all complaints; and

   e. Provide that Qualtool will take immediate and appropriate corrective action in response to complaints of sex discrimination, up to and including termination.

20. A copy of the Policy will be provided to the EEOC for review within thirty (30) days of the Court's execution of this Decree. The EEOC will review the Policy only for compliance with Paragraph 19 of this Decree. Upon receipt, EEOC shall have fourteen (14) days to inform Qualtool of any issues of non-compliance.

7

21. After EEOC's review, the Policy will be distributed to all current employees on Qualtool's premises within forty-five (45) days of the Court's execution of this Decree. Qualtool shall provide a certification to the EEOC that the distribution process has been completed with its first annual report.

22. New employees shall receive a copy of the Policy on or before their first day of work at Qualtool and sign an acknowledgement that they have received the Policy. A copy of the Policy shall also be maintained in an accessible place for all Qualtool employees.

## TRAINING

23. Qualtool shall engage a subject matter expert(s) ("SME") to provide training for the duration of the Decree. The SME(s) shall be identified to the EEOC within thirty (30) days of the entry of this Decree, and Qualtool must obtain the EEOC's agreement on the SME(s). The EEOC's agreement on an SME will not be unreasonably withheld. The type of training to be provided to each employee is defined below.

24. Qualtool will maintain records of the employees who attend the training(s), including the date of the training, and the names, job title, and location of attendees.

25. Qualtool agrees that EEOC, at its discretion, may attend any training sessions required by this Consent Decree. Qualtool will provide the EEOC with information on how to attend or access employee training and at least fourteen (14)

days of notice of the time, date, and location of the management and employee trainings provided under the Decree.

26. Employee training: All non-supervisory employees will be required to receive discrimination training annually for the duration of the Decree. The first training shall take place within ninety (90) calendar days of the Effective Date. The training shall be interactive (can be video, online or in-person) and at least one (1) hour in length and shall include:

    a. Instruction on employees' rights and responsibilities under Title VII, including Title VII's prohibition against sex discrimination, and Qualtool's policies and procedures for reporting and handling complaints of sex discrimination;

    b. Instruction will include examples of what may constitute sex discrimination, including, making hiring decisions based on sex, making decisions about shift or work assignments based on sex, and sex harassment; and

    c. The opportunity to submit questions to, and receive answers from, a trainer.

27. New employees shall receive training (can be video, online or in-person) within fifteen (15) days of hiring.

28. Management Training: Qualtool shall provide one (1) hour of live, interactive training on an annual basis to ownership, human resources, management, and supervisors. The first training shall take place within ninety (90) calendar days of

the Effective Date. The training shall include the topics in the non-supervisory training described above, as well as the following additional topics:

    a. Managers/supervisors' responsibilities under Title VII;

    b. Best practices to follow that may prevent sex discrimination in employment decisions such as hiring, shift or work assignments;

    c. How to properly handle and investigate complaints of sex harassment and/or discrimination in a neutral manner; and

    d. How to prevent retaliation.

29. Any person promoted to management during the duration of the Decree shall view a recorded version of management training described above within thirty (30) days of promotion.

## NO CONDITIONS ON RECEIPT OF RELIEF

30. Qualtool will not condition Ms. Miller or Ms. Jackson's receipt of individual relief on their agreement to: (a) maintain as confidential the terms of this Consent Decree or the facts of the case; (b) waive their statutory right to file a charge with any federal or state anti-discrimination agency; or (c) promise not to reapply for a position, directly or indirectly, with Qualtool.

## NOTICE

31. Within thirty (30) days after the Effective Date, Qualtool shall post for the duration of this Decree, in a prominent place frequented by employees, the notice attached as Exhibit A. The notice shall be the same typeface and style as Exhibit A and at minimum 8.5" x 11". The notice shall remain posted throughout the duration

10

of the Decree and shall be replaced if it is removed or becomes defaced. Qualtool shall certify to EEOC in writing that the Notice has been posted and the locations of the posting within ten (10) days of posting.

## MONITORING AND REPORTING

32. In addition to any notices required by prior paragraphs, Qualtool shall provide semiannual reports to the EEOC in writing with the first report due 180 days following the Effective Date and then every 6 months thereafter for the duration of the Decree. Each report shall include:

a. A statement confirming that all required training under this Decree has been completed, including the dates of any trainings held, the roster of attendees with name/position/location, and the percentage of employees, management personnel, and investigators who completed the training; and

b. Confirmation that the notice required by Paragraph 31 remain posted; and

c. If Qualtool reestablishes a second/night shift, a roster of individuals who applied to or inquired about positions in the second/night shift, including their name, last known contact information, and a statement about whether the individual was hired at Qualtool, whether the individual worked during the second/night shift, and, if the individual was not hired or did not work in the second/night shift, the reason why the individual was not hired or did not work in the second/night shift; or, alternatively, a statement certifying that no

individuals worked, applied to, or inquired about work on the second/night shift.

33. EEOC may review compliance of this Decree at any time. It may request documents from Qualtool and/or conduct interviews of Qualtool employees. Qualtool shall provide any requested documents within fourteen (14) days and assist in the scheduling of interviews in a timely manner.

34. All reports and notices required under this Decree shall be sent electronically to the attention of EEOC Regional Attorney Robert Weisberg at mdoconsentdecreecompliance@eeoc.gov.

## NOTIFICATION OF SUCCESSORS

35. Qualtool shall provide prior written notice of this lawsuit and a copy of the Complaint and this Decree to any potential purchasers, successors, assigns, subsidiaries, affiliates or other corporation, entity or division with which Qualtool may merge or consolidate. All such entities shall be bound by this Decree.

## DISPUTE RESOLUTION

36. In the event that any party believes that another party has failed to comply with any provisions of the Decree, the complaining party shall notify the alleged non-complying party in writing of such non-compliance and afford the alleged non-complying party fourteen (14) calendar days to remedy the non-compliance or satisfy the complaining party that the alleged non-complying party has, in fact, complied. Notice to Qualtool shall be by email delivered to Robyn@Hankins-Law.com and Mike@Qualtool.com and CEO@Qualtool.com. This time period may

12

Case 5:21-cv-00229-ACC-PRL   Document 77   Filed 12/05/22   Page 13 of 15 PageID 2265

be extended by the parties by written agreement. If the alleged non-complying party has not remedied the alleged non-compliance or satisfied the complaining party that it has complied within fourteen (14) calendar days (or such time period as otherwise agreed), the complaining party may apply to the Court for appropriate relief.

## COSTS

37. Each Party to this Decree shall bear its own costs associated with this Action. However, in the event EEOC successfully seeks enforcement of the Decree, Qualtool shall bear the costs of the enforcement action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 6, 2022.

_____
ANNE C. CONWAY
United States District Judge

Effective December 2, 2022, we hereby consent to the entry of the Consent Decree in the matter of *EEOC v. Qualtool, Inc.* (Case No. 5:21-CV-00229-ACC-PRL):

**For Defendant Qualtool, Inc.:**

_____
Joan Standlee, Owner


**For Plaintiff U.S. Equal Employment Opportunity Commission:**

By: _Robert E. Weisberg_     Date: 12/04/2022
Robert E. Weisberg
U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, Florida 33131

13